THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD EUGENE LEE, Defendant-Appellant.

(No. 71-151; ▮▮▮▮▮▮▮▮

Fifth District—November 3, 1972.

Opinion by Mr. JUSTICE EBERSPACHER.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

Joe Harrison, State's Attorney, of Fairfield, for the People.